# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

KEITH ROBERT LUGO,

    Plaintiff,

v.

R. FISHER, et al.,

    Defendants.

Case No. 18-cv-07349-VKD

**ORDER OF TRANSFER**

Keith Robert Lugo, a prisoner who is currently being held at the Valley State Prison ("VSP") in Chowchilla, California, filed a *pro se* civil rights complaint against prison officials for unlawfully interfering with his legal mail at VSP in February 2018. Dkt. No. 1 at 4–7. VSP is located in Madera County. Therefore, all the acts complained of occurred in Madera County, which is also where some—if not all—of the defendants most likely reside. Madera County lies within the venue of the Eastern District of California. 28 U.S.C. § 84(b). Accordingly, venue properly lies in that district and not in this one. 28 U.S.C. § 1391(b).

In the interest of justice, this case is TRANSFERRED to the United States District Court for the Eastern District of California. 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: January 4, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge